# EXHIBIT A

8-12-2013                                      SPC

On scene Austin, TX.
DF'd signal on 90.1 MHz to

Apt #10 (we think)

    SPK 759
    BY5 K218    Cans in front
    BB4 0642    of Apt.
    BRJ 9431

1205 E. 52nd Street
  30.3090345 , 097.70765 2667
  30 18 32.5    097 42 27.5

"informs" - 513 WLW

Measurement at 30.3079988333
              097.70103900
  30 18 28.8    097 42 3.7

Exhibit
A

8-12-13

F/M-71 Measurements
$f = 90.1$ MHz
2:15 PM
F/M-71 calibrated
$CL = 0.97$

Full Scale = ~~~~~~~ 70 ~~

| Measurements | Full scale |
|---|---|
| ① 9.6 | 10 mV |
| ② 1.3 | 100 mV |
| ③ 8.8 | 10 mV |
| ④ 9.8 | 10 mV |
| ⑤ 9.8 | 10 mV |

# Frequency is within the 88 - 108 MHz measurement range

## AVERAGE OF FIVE CLUSTER MEASUREMENTS
## WITH MEASUREMENT ANTENNA AT A 7 FOOT HEIGHT

| Name | Case Number | Date |
|---|---|---|
| Olenick | EB-FIELDSCR-13-00010527 | 8/12/2013 |

Data Inside the Box Has Been Entered by the Field Agent.  Other Values Are Calculated.   Agents: SPL/LRB

| Fundamental Frequency MHz | Cluster Meter Readings | (µV) |
|---|---|---|
| **90.10** | Reading 1 | **9600** |
| | Reading 2 | **13000** |
| Distance From | Reading 3 | **8800** |
| Antenna in Feet | Reading 4 | **9800** |
| **2,112** | Reading 5 | **9800** |

Distance OK

| Average Cluster Meter Reading (µV) | Antenna Factor For FIM-71 7 Foot Curve From Tek Div Formula | Measured Field Strength (µV/m) |
|---|---|---|
| 10,200 | 2.22 | 22,691 |

| Distance From Antenna (meters) | Field Strength Extrapolated to 3 Meters (µV/m) | Field Strength With Accuracy Allowance in Favor of the Subject (µV/m) |
|---|---|---|
| 643.7 | 4,868,971 | 2,738,024 |

| Accuracy | Legal Part 15 Limit At 3 Meters | Operation Is |
|---|---|---|
| 5.0 db >12.2 µV/m ; 6.2 db < 12.2 µV/m (db and decimal) | (µV/m) | X Times Legal Value |
| 5.00 | 250.00 | 19,476 |
| 1.78 | | |

**Put this value in the affadavit**
(Measured value, extrapolated to 3 meters.)

4,868,971 (µV/m) extrapolated

19,476 times the legal value

Violation Confirmed

Note: Cable attenuation calibrated out of measurements per FIM-71 manual, Page 3-14

FS6_5_31_2001b.xls  (Rev 05/31/2001)