# EXHIBIT C

September 12, 2013

WALTER OLENICK and
M. RAE NADLER-OLENICK
P.O. Box 7486
Austin, Texas 78713


RECEIVED
SEP 16 2013
BY: SPL

STEPHEN P. LEE, Resident Agent
FCC, Enforcement Bureau
9597 Jones Road, #362
Houston, Texas 77065

Via Certified Mail

Your Ref: EB-FIELDSCR-13-00010527

Dear Mr. Lee:

    In short, either provide us with the signed, written agreement on which you base having a reason to contact us about such issue, at all, or kindly never bother us with your harassment under color of law and office again.

    Neither of us is aware of any relevant commercial nexus with your company. We feel absolutely no obligation to recognize any artificially imposed and irrelevant deadline for any response to you. We don't consent, directly or by any implication, to any such policy or procedure(s). Since it's uncertain as to which choice of law applies, here, we don't know whether silence would be read as "Go butt a stump" (Law of the Land standard) or "We consent" (Law of the Sea standard). Therefore, since we don't consent to anything, we're documenting plainly our affirmative assertion of total and complete lack of consent for all purposes. Should this response happen to satisfy any such time period, feel free to treat this as an act toward mitigating your personal damages and your company's damages rather than as any act of consent to anything, whether substantive or procedural, whether administrative or judicial. Further, in the event you're initiating some administrative procedure or other, we'll forever recognize that as an act of waiver of any remote sense of "sovereign immunity" for all purposes, not only due to the necessarily commercial nature of the role that must exist for such an outrageous demand letter to have any meaning whatsoever in the first place but also due to the fact that you're the one starting such matter.

    Should the question ever arise, we have no intention of ever establishing any relevant commercial nexus with your company.

    Further, we recognize your asserted choice of law, and if you feel the need to communicate further with Walter Olenick or M. Rae Nadler-Olenick, knock yourself out. If that's your preferred choice of law, then no amount of alleged commercial nexus is going to matter, anyway, because under that choice of law and in that

Exhibit
C

STEPHEN P. LEE, Resident Agent  
September 12, 2013  
Page 2  

NO COMMERCIAL NEXUS

capacity, which capacity and choice of law are totally beyond "this state," which renders your demand letter all the more facially preposterous, we are not aware of any relevant commercial nexus with your company. We expect that letters so addressed would more properly come from your company's International Bureau and then only after there's been some treaty or other discovered to which we are signators. We're also unaware of any such treaty or other international agreement.

Thus, again, either provide us with the signed, written agreement on which you base having a reason to contact us about such issue, at all, or kindly never bother us with your harassment under color of law and office again.

So that there's zero confusion on the issue, deliberate indifference is still very much actionable in "this state."

As for "common areas" and for the rest of the property, we hereby give you written Notice under Texas Penal Code sec. 30.05 that you do not have our permission or consent to enter 1205 52nd Street, Austin, Texas, 78723.

Sincerely,

/s/ Walter Olenick  
WALTER OLENICK

/s/ M. Rae Nadler-Olenick  
M. RAE NADLER-OLENICK

cc: SEAN LEV, General Counsel  
FCC  
445 12th Street, S.W.  
Washington, DC  20554  
(See accompanying FOIA Request)

DAVID L. HUNT, Inspector General  
FCC-OIG  
445 12th Street, S.W.  
Room 2-C762  
Washington, DC  20554

MINDEL DE LA TORRE, Chief  
FCC, International Bureau  
445 12th Street, S.W.  
Washington, DC  20554

DAVID ROBBINS, Managing Director  
FCC  
445 12th Street, S.W.  
Washington, DC  20554

MIGNON CLYBURN, Acting Chair  
FCC  
445 12th Street, S.W.  
Washington, DC  20554

JESSICA ROSENWORCEL  
FCC, Comm'r  
445 12th Street, S.W.  
Washington, DC  20554

AJIT PAI  
FCC, Comm'r  
445 12th Street, S.W.  
Washington, DC  20554

ART ACEVEDO, Chief of Police  
City of Austin  
715 E. Eighth St.  
Austin, TX 78701

STEPHEN P. LEE, Resident Agent
September 12, 2013
Page 3

NO COMMERCIAL NEXUS

DONALD B. VERRILLI, JR.
Solicitor General, United States
Department of Justice, Room 5614
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

ERIC HOLDER
Atty Gen'l, United States
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

RONALD C. MACHEN, JR.
U.S. Atty., Dist. of Columbia
555 Fourth Street, N.W.
Washington, DC 20530

ROBERT PITMAN
U.S. Atty., W.D. Tex., Austin
816 Congress Avenue, Suite #1000
Austin, TX 78701