**EXHIBIT D**

11-19-2013                                           SPC

On scene Austin, TX Monitoring
96.1 MHz,
"Alex Jones" programming

Positive DF to Antenna at
Apartment complex at 1205 E 52nd Street
                                  Austin, TX

[sketch: map showing Cameron Rd, I-35, 52nd, 51st, Lancaster, with apartment building marked]

Recording Audio   11:24 — 11:28 A

                                            Exhibit
                                              D

11-19-2013                                                                grc

Obscene        Bastia TX
Monitoring     90.1 MHz

Field Strength Measurement
        3018   27.4    097 42  0.57

FIM-71 Measurements
11:00 am  11-19-2013
f = 90.1 MHz
CL = ~~0.80~~ 0.98
Full Scale = 10 mV
① 8.8 mV
② 8.5 mV
③ 9.9 mV
④ 9.8 mV
⑤ 9.9 mV

# Frequency is within the 88 - 108 MHz measurement range

## AVERAGE OF FIVE CLUSTER MEASUREMENTS
## WITH MEASUREMENT ANTENNA AT A 7 FOOT HEIGHT

| Name | Case Number | Date |
|---|---|---|
| Olenick | 13-10527 | 11/19/2013 |

Data Inside the Box Has Been Entered by the Field Agent. Other Values Are Calculated.   Agents:   SPL/ LRB

| Fundamental Frequency MHz | Cluster Meter Readings | ($\mu$V) |
|---|---|---|
| **90.10** | Reading 1 | **8800** |
|  | Reading 2 | **8500** |
| Distance From Antenna in Feet | Reading 3 | **9900** |
|  | Reading 4 | **9800** |
| **2,413** | Reading 5 | **9900** |

Distance OK

| Average Cluster Meter Reading ($\mu$V) | Antenna Factor For FIM-71 7 Foot Curve From Tek Div Formula | Measured Field Strength ($\mu$V/m) |
|---|---|---|
| 9,380 | 2.22 | 20,867 |

| Distance From Antenna (meters) | Field Strength Extrapolated to 3 Meters ($\mu$V/m) | Field Strength With Accuracy Allowance in Favor of the Subject ($\mu$V/m) |
|---|---|---|
| 735.5 | 5,115,678 | 2,876,758 |

| Accuracy 5.0 db >12.2 $\mu$V/m ; 6.2 db < 12.2 $\mu$V/m (db and decimal) | Legal Part 15 Limit At 3 Meters ($\mu$V/m) | Operation Is X Times Legal Value |
|---|---|---|
| 5.00 1.78 | 250.00 | 20,463 |

**Put this value in the affadavit**
(Measured value, extrapolated to 3 meters.)

**5,115,678** ($\mu$V/m) extrapolated

**20,463** times the legal value

Violation Confirmed

Note: Cable attenuation calibrated out of measurements per FIM-71 manual, Page 3-14

FS6_5_31_2001b.xls  (Rev 05/31/2001)



Exhibit D