# EXHIBIT H

Received & inspected

JUL -1 2014

FCC Mail Room

June 26, 2014

WALTER OLENICK and
M. RAE NADLER-OLENICK
P.O. Box 7486
Austin, Texas 78713

2014 JUL -2 A 11: 27

REC

DENNIS P. CARLTON, Regional Dir.
South Central Region
FCC, Enforcement Bureau
3575 Koger Blvd., Ste. 320
Deluth, GA  30096

Via Certified Mail

Your Ref:   EB-FIELDSCR-13-00010527

Dear Mr. Carlton:

We are in receipt of your letter dated June 3, 2014.

We dispute your (company's) claim in its entirety, for reasons already documented in our correspondence to Mr. Lee.

In essence, even to this very day, not only has your company confessed having no commercial nexus regarding either of us but also there's *still* no evidence of any agreement, much less one that obligates either of us to any line of conduct or avoidance of conduct on which you're asserting your (company's) claim.

You, like Mr. Lee, presume facts into existence that are not facts and that are not agreed to. Your legal conclusions are, therefore, quite errant. We again assert all our rights, including the right not to contract.

Sincerely,

/s/ Walter Olenick
WALTER OLENICK

/s/ M. Rae Nadler-Olenick
M. RAE NADLER-OLENICK

cc:  SEAN LEV, General Counsel
     FCC
     445 12th Street, S.W.
     Washington, DC  20554

     DAVID L. HUNT, Inspector General
     FCC-OIG
     445 12th Street, S.W.
     Room 2-C762
     Washington, DC  20554

Exhibit H

POB 7486
Austin TX 78713

AUSTIN TX 787
RIO GRANDE DISTRICT
26 JUN 2014 PM 5 L



MIGNON CLYBURN, Acting Chair
FCC
445 12th St. SW
Washington DC 20554

Received & Inspected
JUL -1 2014
FCC Mail Room

20554

DENNIS P. CARLTON, Regional Dir.  
June 26, 2014  
Page 2

NO COMMERCIAL NEXUS

MINDEL DE LA TORRE, Chief  
FCC, International Bureau  
445 12th Street, S.W.  
Washington, DC 20554

DAVID ROBBINS, Managing Director  
FCC  
445 12th Street, S.W.  
Washington, DC 20554

MIGNON CLYBURN, Acting Chair  
FCC  
445 12th Street, S.W.  
Washington, DC 20554

JESSICA ROSENWORCEL  
FCC, Comm'r  
445 12th Street, S.W.  
Washington, DC 20554

AJIT PAI  
FCC, Comm'r  
445 12th Street, S.W.  
Washington, DC 20554

ART ACEVEDO, Chief of Police  
City of Austin  
715 E. Eighth St.  
Austin, TX 78701

DONALD B. VERRILLI, JR.  
Solicitor General, United States  
Department of Justice, Room 5614  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530-0001

ERIC HOLDER  
Atty Gen'l, United States  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

RONALD C. MACHEN, JR.  
U.S. Atty., Dist. of Columbia  
555 Fourth Street, N.W.  
Washington, DC 20530

ROBERT PITMAN  
U.S. Atty., W.D. Tex., Austin  
816 Congress Avenue, Suite #1000  
Austin, TX 78701

PAUL J. ORFANEDES  
Judicial Watch  
425 Third Street SW, Suite 800  
Washington, DC 20024

JEROME CORSI  
World Net Daily  
2020 Pennsylvania Ave. N.W., #351  
Washington, DC 20006

DEBBIE HIOTT, Editor  
Austin American Statesman  
305 S. Congress Ave.  
Austin, TX 78704

JOHN SOLOMON, Editor  
Washington Times  
3600 New York Ave., N.E.  
Washington, DC 20002

MARTIN BARON, Exec. Editor  
The Washington Post  
1150 15th Street, N.W.  
Washington, DC 20071

Hon. STUART F. DELERY, Asst. A.G.  
Civil Division  
950 Pennsylvania Avenue, NW  
Washington, DC 20530-0001