# EXHIBIT J

September 8, 2014

WALTER OLENICK and
M. RAE NADLER-OLENICK
P.O. Box 7486
Austin, Texas  78713

WILLIAM DAVENPORT, Deputy Chief                     Via Certified Mail
FCC, Enforcement Bureau
3575 Koger Blvd., Ste. 320
Deluth, GA  30096

Your Ref:    EB-FIELDSCR-13-00010527

Dear Mr. Davenport:

    We are in receipt of your letter dated August 19, 2014.

    We dispute your (company's) claim in its entirety, for reasons already documented in our prior correspondence.

    We do not ever recall submitting any "Petition for Reconsideration." To do so might be to agree that there's something at all competent about your bogus activity regarding us, whether substantive or procedural. We do not recall *ever* even remotely treating or considering your (company's) correspondence as anything other than just that: correspondence. Once again, those on your side of this series of exchanges of perspective are presuming facts into existence that do not exist and to which we do not agree or consent.

    In further support of our position in this from Day One, even to this very day, not only has your company confessed having no commercial nexus regarding either of us but also there's *still* no evidence of any agreement, much less one that obligates either of us to any line of conduct or avoidance of conduct on which you're asserting your (company's) claim.

    You, like Mr. Lee and Mr. Carlson, are still trying to run a bluff. You're presuming facts into existence that are not facts and that are not agreed to. Your legal conclusions, both procedural and substantive, are, therefore, quite errant. We again assert all our rights, including the right not to contract.

    Sincerely,

/s/ Walter Olenick                                        /s/ M. Rae Nadler-Olenick
WALTER OLENICK                                    M. RAE NADLER-OLENICK

Exhibit J

WILLIAM DAVENPORT, Deputy Chief  
September 8, 2014  
Page 2

NO COMMERCIAL NEXUS

cc:  ~~SEAN LEV, General Counsel~~  
JONATHAN SALLET, Gen. Counsel  
FCC  
445 12th Street, S.W.  
Washington, DC  20554

DAVID L. HUNT, Inspector General  
FCC-OIG  
445 12th Street, S.W.  
Room 2-C762  
Washington, DC  20554

MINDEL DE LA TORRE, Chief  
FCC, International Bureau  
445 12th Street, S.W.  
Washington, DC  20554

~~DAVID ROBBINS, Managing Director~~  
JON WILKINS, Managing Director  
FCC  
445 12th Street, S.W.  
Washington, DC  20554

~~MIGNON CLYBURN, Acting Chair~~  
TOM WHEELER, Chair  
FCC  
445 12th Street, S.W.  
Washington, DC  20554

MIGNON CLYBURN  
FCC, Comm'r  
445 12th Street, S.W.  
Washington, DC  20554

JESSICA ROSENWORCEL  
FCC, Comm'r  
445 12th Street, S.W.  
Washington, DC  20554

AJIT PAI  
FCC, Comm'r  
445 12th Street, S.W.  
Washington, DC  20554

MICHAEL O'REILLY  
FCC, Comm'r  
445 12th Street, S.W.  
Washington, DC  20554

ART ACEVEDO, Chief of Police  
City of Austin  
715 E. Eighth St.  
Austin, TX 78701

DONALD B. VERRILLI, JR.  
Solicitor General, United States  
Department of Justice, Room 5614  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530-0001

ERIC HOLDER  
Atty Gen'l, United States  
950 Pennsylvania Avenue, N.W.  
Washington, DC  20530

RONALD C. MACHEN, JR.  
U.S. Atty., Dist. of Columbia  
555 Fourth Street, N.W.  
Washington, DC  20530

ROBERT PITMAN  
U.S. Atty., W.D. Tex., Austin  
816 Congress Avenue, Suite #1000  
Austin, TX 78701

PAUL J. ORFANEDES  
Judicial Watch  
425 Third Street SW, Suite 800  
Washington, DC  20024

JEROME CORSI  
World Net Daily  
2020 Pennsylvania Ave. N.W., #351  
Washington, DC  20006

WILLIAM DAVENPORT, Deputy Chief
September 8, 2014
Page 3

NO COMMERCIAL NEXUS

JOHN BRIDGES, Managing Ed.
Austin American Statesman
305 S. Congress Ave.
Austin, TX 78704

CHRISTOPHER DOLAN, Mng. Ed.
Washington Times
3600 New York Ave., N.E.
Washington, DC 20002

MARTIN BARON, Exec. Editor
The Washington Post
1150 15th Street, N.W.
Washington, DC 20017

Hon. STUART F. DELERY, Asst. A.G.
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001