# EXHIBIT K

FEDERAL COMMUNICATIONS COMMISSION
OFFICE OF GENERAL COUNSEL

November 21, 2014

Walter Olenick
M. Rae Nadler-Olenick
1205 E. 52nd Street, Apt. 101
Austin, Texas 78723

Re:   NAL No. 201432540001

Dear Mr. & Mrs. Olenick:

On February 19, 2014, the Enforcement Bureau, Federal Communications Commission, issued a Notice of Apparent Liability For Forfeiture against you in the amount of $15,000.00 for the willful and repeated violation of Section 301 of the Communications Act, 47 U.S.C. § 301. On June 3, 2014, the Enforcement Bureau issued a Forfeiture Order affirming the forfeiture amount. On August 19, 2014, the Enforcement Bureau denied a petition for reconsideration. This is to inform you that if the forfeiture is not paid within 30 days of the date of this letter, the matter will be referred to the Department of Justice for enforcement.

Payment may be made by check payable to the Federal Communications Commission. Please write on the check the NAL number noted above and mail your check along with a copy of this letter to:

Federal Communications Commission
Revenue & Receivables Operations Group
P.O. Box 979088
St. Louis, MO 63197

Thank you.

Sincerely,

Susan L. Launer
Deputy Associate General Counsel

Cc:   P.O. Box 7486
      Austin, Texas 78713

Exhibit K