# EXHIBIT L

Case 1:18-cv-00675-LY   Document 1-13   Filed 08/10/18   Page 1 of 4

# EXHIBIT L

Case 1:18-cv-00675-LY   Document 1-13   Filed 08/10/18   Page 1 of 4

OFFICE OF GENERAL COUNSEL

November 26, 2014

WALTER OLENICK and
M. RAE NADLER-OLENICK
P.O. Box 7486
Austin, Texas  78713

2014 DEC -3 P 2:57

SUSAN L. LAUNER                                   Via Certified Mail
Deputy Assoc. General Counsel
FCC
445 12th Street S.W.
Washington, DC  20554

Dear Ms. Launer:

  We are in receipt of your "threat of suit" letter dated November 21, 2014.

  We dispute your (company's) claim in its entirety, for reasons already documented in our prior correspondence.

  We dispute your presentation of the procedures to date, as well, especially the characterization that we've asserted any administrative activity by any label, e.g., a "petition." Your people have sent bogus demand letters, and we've responded to each of them, disputing the claims throughout. There's been no administrative activity or participation from our side. Your unilateral misconstruction of that doesn't change any of the relevant facts. We've never consented to any commercial nexus, including anything about any arbitration by anyone, especially by your company, of your (company's) bogus claims.

  All of this has been addressed in our prior correspondence. Obviously, we'll be sending no check to anyone in response to your continued mail fraud conspiracy.

  If doj thinks your bluff is worth getting them sued as well, we look forward to showing you people, very formally and publicly, the application side of "federal" means "federal," as in "by agreement." You have no commercial nexus to enforce, and your (company's) continued intent to compel one, as your letter proves, is a conspiracy now involving you to harass us and to intimidate us for and in retaliation of our very well documented assertion of our "right not to contract." If you carry out your threat, be sure your malpractice insurance is paid.

  Sincerely,

/s/ Walter Olenick                                   /s/ M. Rae Nadler-Olenick
WALTER OLENICK                                   M. RAE NADLER-OLENICK

1

Exhibit L

SUSAN L. LAUNER, Gen. Counsel's Office        **NO COMMERCIAL NEXUS**
November 26, 2014
Page 2

cc:  ~~SEAN LEV, General Counsel~~
✓ JONATHAN SALLET, Gen. Counsel
FCC
445 12th Street, S.W.
Washington, DC 20554

DAVID L. HUNT, J.D., Insp. Gen'l
FCC-OIG
445 12th Street, S.W.
Room 2-C762
Washington, DC 20554

MINDEL DE LA TORRE, Chief
FCC, International Bureau
445 12th Street, S.W.
Washington, DC 20554

~~DAVID ROBBINS, Managing Director~~
JON WILKINS, Managing Director
FCC
445 12th Street, S.W.
Washington, DC 20554

~~MIGNON CLYBURN, Acting Chair~~
TOM WHEELER, Chair
FCC
445 12th Street, S.W.
Washington, DC 20554

MIGNON L. CLYBURN
FCC, Comm'r
445 12th Street, S.W.
Washington, DC 20554

JESSICA ROSENWORCEL
FCC, Comm'r
445 12th Street, S.W.
Washington, DC 20554

AJIT PAI
FCC, Comm'r
445 12th Street, S.W.
Washington, DC 20554

MICHAEL O'RIELLY
FCC, Comm'r
445 12th Street, S.W.
Washington, DC 20554

ART ACEVEDO, Chief of Police
City of Austin
715 E. Eighth St.
Austin, TX 78701

DONALD B. VERRILLI, JR.
Solicitor General, United States
Department of Justice, Room 5614
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

ERIC HOLDER
Atty Gen'l, United States
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

RONALD C. MACHEN, JR.
U.S. Atty., Dist. of Columbia
555 Fourth Street, N.W.
Washington, DC 20530

ROBERT PITMAN
U.S. Atty., W.D. Tex., Austin
816 Congress Avenue, Suite #1000
Austin, TX 78701

PAUL J. ORFANEDES
Judicial Watch
425 Third Street S.W., Suite 800
Washington, DC 20024

JEROME CORSI
World Net Daily
2020 Pennsylvania Ave. N.W., #351
Washington, DC 20006

SUSAN L. LAUNER, Gen. Counsel's Office       NO COMMERCIAL NEXUS
November 26, 2014
Page 3

JOHN BRIDGES, Managing Ed.  
Austin American Statesman  
305 S. Congress Ave.  
Austin, TX 78704  

CHRISTOPHER DOLAN, Mng. Ed.  
Washington Times  
3600 New York Ave., N.E.  
Washington, DC 20002  

MARTIN BARON, Exec. Editor  
The Washington Post  
1150 15th Street, N.W.  
Washington, DC 20017  

Hon. STUART F. DELERY, Asst. A.G.  
Civil Division  
950 Pennsylvania Avenue, NW  
Washington, DC 20530-0001  

Exhibit L