# EXHIBIT M

**FEDERAL COMMUNICATIONS COMMISSION**
**WASHINGTON, D.C.**

**CERTIFICATE OF FORFEITURE**

**Violator(s) Name(s) and**          Walter Olenick and M. Rae Nadler Olenick
**Address(es):**                     1205 E. 52nd Street, Apt. 101
                                     Austin, Texas 78723

**Total forfeiture assessed by FCC as of** November 21, 2014 **in the amount of** $15,000.00.
I certify that Federal Communications Commission records show that the violator named above
has been ordered to pay to the United States the amount stated above.

This claim arose in connection with:

    Notice of Apparent Liability For Forfeiture released February 19, 2014
    Forfeiture Order released June 3, 2014
    Memorandum Opinion and Order released August 19, 2014

**CERTIFICATION:**  Pursuant to 28 USC § 1746, I certify under penalty of perjury that the
foregoing is true and correct.

7/14/2015
(Date)

Susan L. Launer
Deputy Associate General Counsel

Exhibit
M