RECEIVED

AUG 2 0 2018

CLERK, U.S. DISTRICT COURT.
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

August 17, 2018

WALT OLENICK and
   M. RAE NADLER-OLENICK
P.O. Box 7486
Austin, Texas 78713


Clerk
C/o Ms. Annette French
Divisional Office Manager
Western District of Texas
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Re:   Cover Sheet information, in advance

Dear Ms. French:

    This will likely be one of the more unique letters you'll receive.

    We're being threatened with a lawsuit by DoJ regarding a bogus FCC claim. We owned the tower (some more precisely, the land on which the tower stood), and we've never consented to being regulated by the FCC.

    If a suit *is* filed. which we're expecting it will be, i.e., nothing we've told them has "registered," yet, and presuming this will matter, relevant "related litigation" to be included in the Cover Sheet are Nos. 1:10-CV-00957-SS and 1:10-CV-00964-SS. If they think to include this information, all the better.

    And, we *won't* be consenting to non-judicial decision-making.

    Sincerely,

/s/ Walt Olenick            /s/ M. Rae Nadler-Olenick
WALT OLENICK                M. RAE NADLER-OLENICK

No cc: to GARY WRIGHT (or anyone else, for that matter), because we don't want to appear to be baiting or otherwise encouraging him/them in this direction.

PO Box 7486
Austin TX 78713

Clerk
c/o Ms. Annette French
Divisional Office Mgr.
Western District of Texas
501 West Fifth St., Suite 1100
Austin, Texas 78713

78701-381275

SCREENED BY CSC
AUG 20 2018