# Western District of Texas - Austin Division, Texas

501 W 5TH, STE 1100 AUSTIN TX 78701

## CASE #: 1:18-CV-00675-LY

UNITED STATES OF AMERICA

*Plaintiff*

vs

WALTER OLENICK AND M. RAE NADLER-OLENICK

*Defendant*

## AFFIDAVIT OF SERVICE

I, **RODNEY STANFIELD**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 08/20/18 1:15 pm, instructing for same to be delivered upon Nadler-Olenick, M. Rae.

| | |
|---|---|
| That I delivered to | : Nadler-Olenick, M. Rae. |
| the following | : SUMMONS IN A CIVIL ACTION; COMPLAINT FOR RECOVERY OF CIVIL MONETARY FORFEITURE PENALTY PURSUANT TO 47 U.S.C 504(A); EXHIBITS; CIVIL COVER SHEET. |
| at this address | : 16216 Stewart Rd<br>Austin, Travis County, TX 78734 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Thursday AUG 23, 2018 6:28 pm |

My name is RODNEY STANFIELD, my date of birth is MAR 19th, 1961, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Travis_ County, State of Texas, on the _27th_ day of _August_, 2018.

_____
RODNEY STANFIELD       Declarant
2147

Texas Certification#: PSC-11421 Exp. 03/31/2020

PCP Inv#: A18803296

AX02A18803296

tomcat
eaffidavits@pcpusa.net

+ Service Fee:   75.00
  Witness Fee:    .00
  Mileage Fee:    .00

United States Attorney's Office
**RETURN TO CLIENT**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

|  |  |
|---|---|
| The United States of America<br><br>*Plaintiff(s)*<br>v.<br><br>Walter Olenick<br>and<br>M. Rae Nadler-Olenick<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-cv-000675-LY<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  M. Rae Nadler-Olenick
16216 Stewart Rd.
Austin, TX 78734

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary W. Wright
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel.: (512) 916-5858

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jeannette J. Clack
CLERK OF COURT

Date: August 10, 2018



*Amanda Deichert*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 18-cv-000675

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                                     [Reset]