IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 18-CV-000675-LY |
| WALTER OLENICK | § § § | |
| and | § § | |
| M. RAE NADLER-OLENICK | § § § | |
| Defendants. | § | |

# ORDER

On this day, came on for consideration Respondents' Rule 12 Motions (Docket No. 8) (the "Motion"). The Court having reviewed Defendants' Motion and Plaintiff's Response thereto, finds that Defendants' Motion should be, and hereby is, **DENIED**. It is further

ORDERED that Defendants Walter Olenick and M. Rae Nadler-Olenick shall file their Answer to the Complaint for Recovery of Civil Monetary Forfeiture Penalty Pursuant to 47 U.S.C. § 504(a) (Docket No. 1) within 20 days of the date of entry of this Order.

Signed this the _____ day of _____, 2018.

_____
**LEE YEAKEL**
**UNITED STATES DISTRICT JUDGE**