IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 OCT 15 PM 1:19

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　PLAINTIFF,<br><br>V.<br><br>WALTER OLENICK AND<br>M.RAE NADLER-OLENICK,<br>　　　　　DEFENDANTS. § § § § § § § § § § | CIVIL NO. A-18-CV-00675-LY |

## ORDER

**IT IS HEREBY ORDERED** that Defendants *pro se* Walter Olenick and M. Rae Nadler-Olenick's Respondents' Rule 12 Motions filed September 13, 2018 (Clerk's Document No. 8), Plaintiff United States's Response and Objection to Defendants' Rule 12 Motion to Dismiss filed September 26, 2018 (Clerk's Document No. 9), and any reply that may be filed, are **REFERRED** to United States Magistrate Judge Mark Lane for report and recommendation. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72; Loc. R. W. D. Tex. Appx. C, Rule 1(d).

SIGNED this _15th_ day of October, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE