IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| *v.* | § § | Civil Action No. 18-CV-000675-LY |
| **WALTER OLENICK** | § § § | |
| **and** | § § | |
| **M. RAE NADLER-OLENICK** | § § § | |
| **Defendants.** | § | |

# ORDER

On this day, came on for consideration Motion to Dismiss Respondents' Original Counterclaim (Docket No. 12) (the "Motion"). The Court having reviewed pleadings and arguments of the parties, finds that the Motion should be, and hereby is, **GRANTED**. It is further

ORDERED that Respondents' Original Counterclaim (Docket No. 10) is hereby **DISMISSED** with prejudice.

Signed this the _____ day of _____, 2018.

_____
**LEE YEAKEL**
**UNITED STATES DISTRICT JUDGE**