IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. AJIT PAI, Chair,<br>FEDERAL COMMUNICATIONS<br>COMMISSION (FCC),<br>a public, charitable trust, and<br>a non-beneficiary,<br><br>Plaintiff,<br><br>v.<br><br>WALTER OLENICK, and<br>M. RAE NADLER-OLENICK,<br>non-fiduciaries,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:18-CV-00675-LY<br><br>NO CONSENT TO ARBITRATION<br><br><br>NO CONSENT TO NON-<br>JUDICIAL DECISION-MAKING<br>INCLUDING MAGISTRATE<br>PARTICIPATION |

## RESPONDENTS'/COUNTER-PLAINTIFFS' STATUS REPORT

### REGARDING A RESPONSE TO Doc. [12], PLAINTIFF'S MOTION TO DISMISS ORIGINAL COUNTERCLAIM

COME NOW WALTER OLENICK and M. RAE NADLER-OLENICK, husband

and wife, THE OLENICKS, Respondents/Counter-Plaintiffs, who provide the

following Status Report:

**Status Report**

Respondents/Counter-Plaintiffs *have* a Response to Doc. [12].  They consider

such Response materially beneficial for the resolution of the matter generally. The

Response also involves Discovery.

However, Respondents/C-ps are very much constrained from any further

---

Status Report re: their Response to Doc. [12] (THE OLENICKS)                    1
**No commercial nexus**

Respectfully submitted,

/s/ Walt Olenick
WALTER OLENICK
P.O. Box 7486
Austin, Texas  78713

/s/  M. Rae Nadler-Olenick
M. RAE NADLER-OLENICK
P.O. Box 7486
Austin, Texas  78713

### § 1746 Declaration – WALTER OLENICK

Per 28 U.S.C. § 1746, and under the laws of perjury of the United States, I, WALTER OLENICK, depose and declare (or certify, verify or state), that I am at least 21 years of age, in fact, I am more than 65 years of age, that I am competent to make this Affidavit / Declaration, that I have personal knowledge of these facts, and that these facts are true and correct.

The facts asserted in this Status Report are true and correct.

Key here, neither my wife nor I consent to magistrate participation for any issue at any time for any reason.

Further, Declarant sayeth not.

Executed on this the 30th day of October, 2018

_/s/ Walt Olenick_____
WALTER OLENICK, Declarant

### § 1746 Declaration – M. RAE NADLER-OLENICK

Per 28 U.S.C. § 1746, and under the laws of perjury of the United States, I, M. RAE NADLER-OLENICK, depose and declare (or certify, verify or state), that I am at least 21 years of age, in fact, I am more than 65 years of age, that I am competent to make this Affidavit / Declaration, that I have personal knowledge of these facts, and that these facts are true and correct.

The facts asserted in this Status Report are true and correct.

Key here, neither my husband nor I consent to magistrate participation for any issue at any time for any reason.

Further, Declarant sayeth not.

Executed on this the 30th day of October, 2018

/s/ M. Rae Nadler-Olenick
M. RAE NADLER-OLENICK,
Declarant

# CERTIFICATE OF SERVICE

By my signature below, I certify that on this the __30th__ day of October, 2018, I have served a true and correct copy of this Status Report on the following by Priority Mail or Certified Mail and have delivered the original and one copy to the court:

GARY W. WRIGHT
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

/s/ M. Rae Nadler-Olenick
M. RAE NADLER-OLENICK

Also, on or about Oct. 30, 2018, I've delivered courtesy copies of this Status Report by email, where possible, or by mail, as follows:

Hon. JEFF SESSIONS
Attorney General, U.S.
U.S. Dept. of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Gen. JOHN F. KELLY (USMC, Ret.)
Chief of Staff, Whitehouse
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

/s/ MRN

---

Status Report re: their Response to Doc. [12] (THE OLENICKS)                4
**No commercial nexus**