IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| *v.* | § § | Civil Action No. 18-CV-000675-LY |
| **WALTER OLENICK** | § § § | |
| **and** | § § | |
| **M. RAE NADLER-OLENICK** | § § § | |
| **Defendants.** | § | |

# ORDER

On this day, came on for consideration the Motion to Disqualify (Docket No. 16) (the "Motion") filed by Defendants Walter Olenick and M. Rae Nadler-Olenick. The Court having reviewed Defendants' Motion and Plaintiff's Response and Objection thereto, finds that Defendants' Motion should be, and hereby is, **DENIED**. It is therefore

**ORDERED** that the Motion to Disqualify (Docket No. 16). Is hereby **DENIED** in its entirety.

Signed this the _____ day of _____, 2018.

_____
**LEE YEAKEL**
**UNITED STATES DISTRICT JUDGE**