IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| *v.* § | Civil Action No. 18-CV-000675-LY |
| § | |
| **WALTER OLENICK** § | |
| § | |
| **and** § | |
| § | |
| **M. RAE NADLER-OLENICK** § | |
| § | |
| **Defendants.** § | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT,
DEFAULT JUDGMENT AND FINAL JUDGMMENT**

Pursuant to Rules 55(a) and (b) of the Federal Rules of Civil Procedure, Plaintiff United States of America, by and through its undersigned counsel, hereby moves the Court for the entry of default and default judgment against Defendants Walter Olenick and M. Rae Nadler-Olenick. As demonstrated by the attached Affidavit, Defendants Walter Olenick and M. Rae Nadler-Olenick failed to plead or otherwise defend against the Complaint filed by the United States, and the time for doing so has expired, so that entry of default by the Clerk of Court is now appropriate. Moreover, the amount of the claim asserted by the United States is a sum certain and/or a determination of damages can be made by the Court without the necessity of a hearing, so that entry of default judgment by the Court is likewise proper at this time.

Additionally, Plaintiff United States of America hereby moves the Court for entry of final judgment against Defendants Walter Olenick and M. Rae Nadler-Olenick pursuant to Rule 58 of

the Federal Rules of Civil Procedure, as the entry of final judgment by the Court is likewise proper at this time.

                                    Respectfully submitted,

                                    **JOHN F. BASH**
                                    **UNITED STATES ATTORNEY**

By:    /s/ *Gary W. Wright*
         Gary W. Wright
         Assistant United States Attorney
         601 N.W. Loop 410, Suite 600
         San Antonio, Texas  78216
         Tel. (512) 687-0820
         FAX (210) 384-7247
         Texas Bar No. 24047145

         **ATTORNEYS FOR THE**
         **UNITED STATES OF AMERICA**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served via Certified Mail delivery on July 11, 2019, addressed as follows:

Walter Olenick and
M. Rae Nadler-Olenick
P.O. Box 7486
Austin, TX 78713

Defendants

Walter Olenick and
M. Rae Nadler-Olenick
16216 Stewart Rd.
Austin, TX 78734

Defendants

                                        /s/ *Gary W. Wright*
                                        Gary W. Wright
                                        Assistant United States Attorney