IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 18-CV-000675-LY |
| WALTER OLENICK | § § | |
| and | § § | |
| M. RAE NADLER-OLENICK | § § | |
| Defendants. | § § | |

## DEFAULT JUDGMENT

Plaintiff in the above-entitled action, the United States of America, having made application pursuant to Federal Rules of Civil Procedure 55 for entry of default judgment against Defendants Walter Olenick and M. Rae Nadler-Olenick and it appearing that the Clerk of Court entered the default against Defendants Walter Olenick and M. Rae Nadler-Olenick pursuant to Federal Rules of Civil Procedure 55(a), and it further appearing by competent proof that entry of default judgment is proper, it is this day

**ORDERED, ADJUDGED AND DECREED** that Plaintiff United States of America have and recover from Defendants Walter Olenick and M. Rae Nadler-Olenick the amount of $15,000.00, plus interest at the rate of 2.0% pursuant to 28 U.S.C. § 1961, until the judgment is paid in full, plus all costs of court, for which let execution issue.

Signed and entered this _____day of _____, 2019.

_____
**LEE YEAKEL**
**UNITED STATES DISTRICT JUDGE**