# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| *v.* § | Civil Action No. 18-CV-000675-LY |
| § | |
| **WALTER OLENICK** § | |
| § | |
| **and** § | |
| § | |
| **M. RAE NADLER-OLENICK** § | |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. On this same date is this day, this Court entered the Default Judgment as against Defendants Walter Olenick and M. Rae Nadler-Olenick. Accordingly, the Court renders the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDERED, ADJUDGED AND DECREED** that Plaintiff United States of America have and recover from Defendants Walter Olenick and M. Rae Nadler-Olenick, jointly and severally, judgment in the amount of $15,000.00, plus interest at rate of 2.0% , pursuant to 28 U.S.C. § 1961, until the judgment is paid in full, plus all costs of court, for which let execution issue.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby DENIED without prejudice; and

**IT IS FURTHER ORDERED** that this civil action is hereby CLOSED.

Signed and entered this _____day of _____, 2019.

_____
**LEE YEAKEL**
**UNITED STATES DISTRICT JUDGE**