# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § | |
| **Plaintiff,** § § | |
| *v.* § § | Civil Action No. 18-CV-000675-LY |
| **WALTER OLENICK** § § | |
| **and** § § | |
| **M. RAE NADLER-OLENICK** § § | |
| **Defendants.** § | |

## ENTRY OF DEFAULT

Plaintiff in the above-entitled action, the United States of America, having made application pursuant to Rule 55(a), Federal Rules of Civil Procedure, for entry of default against Defendants Walter Olenick and M. Rae Nadler-Olenick, and it having appeared by competent proof that summons and a copy of the complaint have been served upon Defendants Walter Olenick and M. Rae Nadler-Olenick, but that said Defendants failed to plead or otherwise defend, and that the time for doing so has now since expired, and that entry of default is proper, **ENTRY OF DEFAULT** of Defendants Walter Olenick and M. Rae Nadler-Olenick is hereby made.

JEANNETTE J. CLACK
United States District Clerk

By: *Deanna Massie*
Deputy Clerk

Dated: 7/18/2019

