IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 OCT 24 AM 9:25

CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____
           DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-18-CV-00675-LY |
| | § | |
| WALTER OLENICK AND | § | |
| M. RAE NADLER-OLENICK, | § | |
| DEFENDANTS. | § | |
| | § | |

## FINAL DEFAULT JUDGMENT

Before the court is the above-styled and numbered cause. Plaintiff, the United States of America, made application pursuant to Federal Rules of Civil Procedure 55 for rendition of default judgment against Defendants Walter Olenick and M. Rae Nadler-Olenick and the clerk of court entered a Clerk's Entry of Default against Defendants Walter Olenick and M. Rae Nadler-Olenick pursuant to Federal Rules of Civil Procedure 55(a) on July 18, 2019 (Clerk's Document No. 24). The clerk of court notified each of the Defendants of the entry of default by United States Postal Service's First Class Mail, Return Receipt Requested, which the Defendants received on or before July 23, 2019 (Clerk's Document Nos. 26 & 27). Neither of the Defendants have responded to the Clerk's Entry of Default. Further, it appears by competent proof that entry of a final default judgment is proper. Therefore, having considered the Plaintiff's Motion for Default Judgment and Final Judgment filed July 11, 2019 (Clerk's Document No. 23),

**IT IS ORDERED** that Plaintiff United States of America have and recover from Defendants Walter Olenick and M. Rae Nadler-Olenick the amount of $15,000.

**IT IS FURTHER ORDERED** that Plaintiff United States of America is awarded costs of court.

**IT IS FURTHER ORDERED** that Plaintiff United States of America have and recover from Defendants Walter Olenick and M. Rae Nadler-Olenick postjudgment interest pursuant to Title 28 United States Code section 1961, for which Defendants Walter Olenick and M. Rae Nadler-Olenick are jointly and severably liable, on all of the above at the rate of 1.63%, from the date this judgment is entered until paid in full.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue all such writs and processes as may be necessary in the enforcement and collection of this judgment.

**IT IS FURTHER ORDERED** that this is a final judgment that disposes of all parties and claims. As nothing remains for resolution in this action,

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

SIGNED this 24th day of October, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE