```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100037273
Cashier ID: dlewis
Transaction Date: 11/19/2019
Payer Name: MARJORIE RAE NADLER OLENICK
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: MARJORIE RAE NADLER OLENICK
 Amount:        $505.00
----------------------------------
PAPER CHECK
 Check/Money Order Num: 1139
 Amt Tendered: $505.00
----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

1:18-CV-00675-LY

United States of America v. Olenick
et al
APPEAL FEE PAID
```