

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS**

501 West 5th Street, Suite 1100
Austin, Texas 78701
512-916-5896

February 11, 2020

M. Rae Nadler-Olenick
P.O. Box 7486
Austin, Texas 78713

        USCA#: 19-51069   /   USDC#: 1:18-cv-675 LY
        United States of America v. Walter Olenick, M. Rae Nadler-Olenick

Dear Ms. Nadler-Olenick:

In connection with this appeal, the following documents are transmitted to you for the preparation of your appellate brief.

  __X__    Record on appeal consisting of: 1 DVD

If you have any questions, feel free to contact me at (512) 916-5896 ext. 8712.

Sincerely,

*Deanna Massie*

Deanna Massie, Deputy Clerk
Enc.