## ABSTRACT OF JUDGMENT

### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| M. Rae Nadler-Olenick<br><br>SS: ***-**-5681 | UNITED STATES OF AMERICA<br><br>COURT NUMBER<br><br>USAO No.: 2015A64268 |

| Amount of Judgment | Names of Creditors' Attorneys and Return to: | Date Docketed |
|---|---|---|
| $15,000.00<br>Plus Interest and Costs | United States Attorney<br>Financial Litigation Unit<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX  78216<br>Attn:  Martha Fowler | October 24, 2019 |

UNITED STATES OF AMERICA, CLERK'S OFFICE
U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

_Austin_, Texas
_February 24_, 2020

**JEANETTE CLACK, CLERK**

By _Deanna Massie_, Deputy Clerk
Printed Name: _Deanna Massie_