

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **JEANNETTE J. CLACK**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>501 West Fifth Street, Suite 1100<br>Austin, Texas 78701 | **PHILIP J. DEVLIN**<br>**CHIEF DEPUTY** |

**March 4, 2020**

M.R. Nadler-Olenick
P.O. Box 7486
Austin, Texas 78713

Dear Ms. Nadler-Olenick,

 I am writing in response to a CD that was received in our office on March 2, 2020. It appears that you mailed the CD to Chief Judge Orlando Garcia in San Antonio, however it was forwarded to our office here in Austin. The CD states that it contains a Motion to Strike. Please note that we are not able to take filings on CDs or flash drives. I am returning this to you so that you may file your motion in paper format.

Please give us a call if you have any questions.

Sincerely,

*Deanna Massie*


Deanna Massie