## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 10, 2020

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 19-51069   USA v. Walter Olenick, et al
                  USDC No. 1:18-CV-675

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Lisa E. Ferrara*
                        By: _____
                        Lisa E. Ferrara, Deputy Clerk
                        504-310-7675

cc w/encl:
    Ms. M. Rae Nadler-Olenick
    Mr. Walter Olenick
    Mr. Gary Wayne Wright

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-51069
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

WALTER OLENICK; M. RAE NADLER-OLENICK,

    Defendants - Appellants



**A True Copy**
**Certified order issued Mar 10, 2020**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court for the
Western District of Texas
_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 10, 2020, for want of prosecution. The appellant failed to timely file appellants' brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Lisa E. Ferrara*

By: _____
Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT